# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHANIKA JOHNSON,                              Case No. 2:22-cv-11362-NGE-APP

     Plaintiff,                              Hon.  Nancy G. Edmunds

v.

SANFORD FEDERAL INC.,


     Defendant.

---

Noah S. Hurwitz (P74063)
Grant M. Vlahopoulos (P85633)
Kara F. Krause (P85487)
HURWITZ LAW PLLC
*Attorneys for Plaintiff*
617 Detroit St. STE 125
Ann Arbor, MI 48104
(844) 487-9489
noah@hurwitzlaw.com
grant@hurwitzlaw.com
kara@hurwitzlaw.com

---

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Shanika Johnson and or her counsel, hereby give notice that the above captioned action is voluntarily dismissed due to parties settling the matter, and without prejudice against the Defendant Sanford Federal Inc.

Date: September 20, 2022

_/s/ Noah S. Hurwitz_
*Signature of plaintiffs or plaintiff's counsel*

617 Detroit St., STE 125
*Address*

Ann Arbor, MI 48104
*City, State & Zip Code*

734-645-5263
*Telephone Number*